IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRA VASS,

    Plaintiff,

  v.

JP MORGAN CHASE NA,

    Defendant.

No. C 12-04094 WHA

**ORDER TO SHOW CAUSE AND SETTING HEARING DATE**

    Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase, NA, filed a motion to dismiss *pro se* plaintiff Ira Vass' complaint on September 4, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due September 18, 2012. None was filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her claims against defendant should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **NOON ON OCTOBER 15, 2012**. If no response is filed, defendant's motion to dismiss may be granted. As defendant failed to renotice its motion for a hearing date after the case was reassigned to the undersigned judge, the hearing is hereby set for **8 A.M. ON NOVEMBER 8, 2012**. The hearing will be held in Courtroom 8, 450 Golden Gate Avenue, 19th floor, San Francisco, CA 94102.

    **IT IS SO ORDERED.**

Dated: October 4, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE