IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRA VASS,

    Plaintiff,

  v.

JP MORGAN CHASE NA,

    Defendant.
                             /

No. C 12-04094 WHA

**SECOND ORDER TO SHOW CAUSE**

Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase, NA, filed a motion to dismiss *pro se* plaintiff Ira Vass' complaint on September 4, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due September 18, 2012. None was filed. On October 4, plaintiff was ordered to show cause why her claims against defendant should not be dismissed for failure to prosecute. Plaintiff's response was due by noon on October 15. No response was received.

Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **NOON ON OCTOBER 29, 2012**. If no response is filed, defendant's motion to dismiss may be granted.

The hearing, currently set for **8 A.M. ON NOVEMBER 8, 2012**, shall remain in place.

**IT IS SO ORDERED.**

Dated: October 17, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE