IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRA VASS,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

No. C 12-04094 WHA

**ORDER GRANTING MOTION TO DISMISS**

      Defendant JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase, NA, filed a motion to dismiss pro se plaintiff Ira Vass' complaint on September 4, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by September 18. None was filed. By order dated October 4, plaintiff was ordered to show cause why her claims against defendant should not be dismissed for failure to prosecute (Dkt. No. 17). Plaintiff's response was due by October 15. As no response was received, a second order to show cause issued, requiring a response by October 29 (Dkt. No. 20). Finally, a third order to show cause issued on October 31, requiring a response by November 15 (Dkt. No. 21). All three orders to show cause warned that if no response was received, the motion to dismiss may be granted. Plaintiff has yet to file any response to the orders to show cause or to defendant's motion to dismiss.

      Defendant's motion to dismiss has been pending for over two months. Due to plaintiff's complete failure to respond, despite numerous orders requiring her to do so, the motion to dismiss is **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE